No. 65430.—Guy B. Barham Co. and C. J. Hendry Company et al. *v.* United States, protests 313620–K, etc. (Los Angeles).

Opinion by FORD, J. In accordance with stipulation of counsel that the merchandise consists of fish netting similar in all material respects to that involved in Abstract 63947, the claim of the plaintiffs was sustained.